IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDVIK MINING AND CONSTRUCTION USA LLC and SANDVIK INTELLECTUAL PROPERTY AB,<br><br>        Plaintiffs,<br><br>   v.<br><br>CMS CEPCOR LIMITED AND CMS CEPCOR AMERICAS LLC,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 24-481-JLH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for Defendants CMS Cepcor Limited and CMS Cepcor Americas LLC to move, plead, or otherwise respond to the Complaint is extended through and including September 9, 2024.

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Plaintiffs*

Dated: July 16, 2024

*/s/ James L. Higgins*
James L. Higgins (No. 5021)
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
1000 N. King Street
Wilmington, DE 19806
(302) 571-5034
jhiggins@ycst.com
*Attorney for Defendant*

SO ORDERED this _____ day of _____ 2024.

_____
United States District Court Judge